# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 14, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

Re: Michael Paul Ralston
v. Texas
No. 14-9869
(Your No. WR-58,642-06)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

Scott S. Harris, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk